UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY A. MORRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>SHAWNEE ENTERPRISES, INC.,<br>MARTIN LOGAN, DEE RIGDON and JIM COVEY,<br><br>             Defendants. | Case No. 05-cv-4204-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Gregory A. Morris's ("Morris") motion for leave to proceed *in forma pauperis* (Doc. 2), motion for appointment of counsel (Doc. 3), and motion to appoint the United States Marshal Service to serve process in this case (Doc.4).

A federal court may permit an indigent party to proceed without pre-payment of fees. 28 U.S.C. § 1915(a)(1). Nevertheless, a court can deny a qualified plaintiff leave to file *in forma pauperis* or can dismiss a case if the action is clearly frivolous or malicious. 28 U.S.C. § 1915(e)(2)(B)(i). The test for determining if an action is frivolous or without merit is whether the plaintiff can make a rational argument on the law or facts in support of the claim. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Corgain v. Miller,* 708 F.2d 1241, 1247 (7th Cir. 1983). When assessing a petition to proceed *in forma pauperis,* a district court should inquire into the merits of the petitioner's claims, and if the court finds them to be frivolous, it should deny leave to proceed *in forma pauperis*. *Lucien v. Roegner,* 682 F.2d 625, 626 (7th Cir. 1982).

The Court is satisfied from Morris's affidavit that he is indigent. However, the Court cannot identify any valid cause of action pled in Morris's complaint. He complains that a private apartment building manager refused to rent an apartment to him because his application was

inaccurate or insufficient and because his credit, financial standing and criminal history was unsatisfactory.  There is simply nothing improper about denying an application to rent an apartment for those reasons.  Because Morris has failed to demonstrate that he can make a rational argument on the law and facts in support of a valid claim, the Court find that this action is frivolous and fails to state a claim upon which relief may be granted.  Accordingly, it **DENIES** his motion for leave to proceed *in forma pauperis* (Doc. 2), **DISMISSES** this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and **DIRECTS** the Clerk of Court to enter judgment.  This ruling renders **MOOT** Morris's motion for appointment of counsel (Doc. 3) and motion to appoint the United States Marshal Service to serve process (Doc. 4).

**IT IS SO ORDERED.**
**DATED:  November 17, 2005**

                s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**