UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GREGORY A. MORRIS,

    Plaintiff,

v.

SHAWNEE ENTERPRISES, INC.,
MARTIN LOGAN, DEE RIGDON and JIM
COVEY,

    Defendants.

Case No. 05-cv-4204-JPG

## JUDGMENT

This matter having come before the Court and the Court having dismissed this case as frivolous and as failing to state a claim,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NORBERT JAWORSKI**

DATED:  November 17, 2005

by:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**